IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FINNAVATIONS, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No: 2:17-cv-240-JRG-RSP |
| ZOHO CORPORATION | § § § | |
| Defendant. | § § | |
| _____ | § | |

## **MOTION TO DISMISS DEFENDANT ZOHO, INC. WITHOUT PREJUDICE**

Plaintiff Finnavations, LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i).  Plaintiff notes that Defendant has filed neither an answer nor a motion for summary judgment.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims against Defendant Zoho Corporation without prejudice with each party to bear its own fees and costs.

Dated: June 1, 2017　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jay Johnson*
　　　　　　　　　　　　　　　　　　　　Jay Johnson
　　　　　　　　　　　　　　　　　　　　State Bar No. 24067322
　　　　　　　　　　　　　　　　　　　　Brad Kizzia
　　　　　　　　　　　　　　　　　　　　State Bar No. 11547550
　　　　　　　　　　　　　　　　　　　　**KIZZIA JOHNSON PLLC**
　　　　　　　　　　　　　　　　　　　　1910 Pacific Ave., Suite 13000
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　(214) 451-0164
　　　　　　　　　　　　　　　　　　　　Fax: (214) 451-0165
　　　　　　　　　　　　　　　　　　　　jay@kjpllc.com
　　　　　　　　　　　　　　　　　　　　bkizzia@kjpllc.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 1, 2017.

　　　　　　　　　　　　　　　　　　　　*/s/ Jay Johnson*
　　　　　　　　　　　　　　　　　　　　Jay Johnson